DAVID BELAIS, Respondent, *v.* WILLIAM A. MALLETT,
Appellant.

*Belais* v. *Mallett,* 177 App. Div. 908, appeal dismissed.

(Submitted October 11, 1918; decided October 15, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered March 3, 1917, *unanimously* affirming a judg-

ment in favor of plaintiff entered upon a verdict in an action for libel. The respondent contended that the judgment was not appealable as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Willoughby B. Dobbs* and *Henry K. Davis* for appellant. *Herbert R. Limburg* and *Mortimer H. Hess* for respondent.

Appeal dismissed, with costs; no opinion.

· Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.